# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CASSAUNDRA GREENFIELD                                      Case Number: 07-70577
        2606 OAK VALLEY DRIVE                  SSN-xxx-xx-1891
        SPRING GROVE, IL  60081

                                                                Case filed on:    3/15/2007
                                                                Plan Confirmed on:
                                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,133.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 018 | ATTORNEY JAMES M PHILBRICK | 500.00 | 500.00 | 0.00 | 0.00 |
|  | Total Administration | 500.00 | 500.00 | 0.00 | 0.00 |
| 000 | STATELINE LEGAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CASSAUNDRA GREENFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GMAC | 14,370.77 | 14,370.00 | 2,084.59 | 847.82 |
|  | Total Secured | 14,370.77 | 14,370.00 | 2,084.59 | 847.82 |
| 001 | GMAC | 0.00 | 0.77 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 003 | CERTIFIED SERVICES INC | 554.00 | 554.00 | 0.00 | 0.00 |
| 004 | FIRST BANK & TRUST | 721.75 | 721.75 | 0.00 | 0.00 |
| 005 | PREMIER BANKCARD/CHARTER | 425.89 | 425.89 | 0.00 | 0.00 |
| 006 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 782.52 | 782.52 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 800.00 | 800.00 | 0.00 | 0.00 |
| 009 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,698.97 | 1,698.97 | 0.00 | 0.00 |
| 012 | NICOR GAS | 379.63 | 379.63 | 0.00 | 0.00 |
| 013 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JEFFERSON CAPITAL SYSTEMS, LLC | 235.00 | 235.00 | 0.00 | 0.00 |
| 016 | AFNI/VERIZON WIRELESS | 313.71 | 313.71 | 0.00 | 0.00 |
| 017 | GMAC | 12,724.35 | 12,724.35 | 0.00 | 0.00 |
|  | Total Unsecured | 20,635.82 | 20,636.59 | 0.00 | 0.00 |
|  | Grand Total: | 35,506.59 | 35,506.59 | 2,084.59 | 847.82 |

Total Paid Claimant:      $2,932.41
Trustee Allowance:        $200.59         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00            discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  01/29/2008         By   /s/Heather M. Fagan